UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NATHANIEL STEWART,**

    Petitioner,

v.                              Case No.  3:13cv564/MCR/CJK

**JULIE L. JONES,**

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 2, 2015.  (Doc. 32).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 32) is adopted and incorporated by reference in this order.

2.  The amended petition for writ of habeas corpus (doc. 4), challenging the judgment of conviction and sentence in *State of Florida v. Nathaniel Stewart*, Escambia County, Florida, Circuit Court Case Number 11-CF-1963, is DISMISSED to the extent petitioner challenges his petit theft conviction, and DENIED to the extent petitioner challenges his burglary conviction.

3. The clerk is directed to close the file.
4. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 31st day of July, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**